```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 EASTERN DISTRICT OF OKLAHOMA
```

SHARON K. BACKES,            )
                             )
            Plaintiff,       )
                             )
      v.                     ) No. CIV-09-103-FHS-KEW
                             )
MICHAEL J. ASTRUE,           )
Commissioner Social Security )
Administration,              )
                             )
            Defendant.       )

## JUDGMENT

Pursuant to this court's order of March 31, 2010, remanding this action to the defendant under the fourth sentence of 42 U.S.C. §405(g), the court orders judgment entered for the plaintiff and against the defendant in accordance with the provisions of Rule 58, Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 31st day of March, 2010.

                                            Frank H. Seay
                                            United States District Judge